

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:18-MJ-00282-DUTY |
| MICHELLE CHRISTIE, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>May 31</u>, <u>2018</u>, at <u>1:30</u> ☐a.m. / ☒p.m. before the Honorable <u>JOHN D. EARLY</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 29, 2018

JOHN D. EARLY
U.S. Magistrate Judge